UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE KOKLICH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　Defendants. | Case No. 1:11-cv-01403- DLB PC<br><br>**ORDER DIRECTING CLERK OF THE COURT TO CLOSE ACTION PURUANT TO PLAINTIFF'S MOTION TO DISMISS ACTION**<br><br>**(ECF No. 48)** |

Plaintiff Bruce Koklich ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. This action is proceeding against Defendants CDCR, James A. Yates, P. Mendoza, McCoy, J. Ward, A. Walker, J. Babcock, Igbinosa, G. Kalisher, and J. Clark Kelso. On August 15, 2012, Plaintiff filed a motion requesting dismissal of this action without prejudice. ECF No. 48.

The plaintiff may dismiss an action without a court order when the notice is submitted before the opposing party has served an answer or motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). No answer or motion for summary judgment has been served by Defendants.

///

///

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of the Court is directed to close this action pursuant to Plaintiff's notice of dismissal; and
2. All other pending motions are denied as moot.

IT IS SO ORDERED.

Dated: **August 20, 2012**              /s/ *Dennis L. Beck*
                                        UNITED STATES MAGISTRATE JUDGE